In the Matter of FELIX F. DONKOR, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted May 18, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.